**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BP CORPORATION NORTH AMERICA INC. SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE serving in its capacity as a named fiduciary of the BP Employee Savings Plan, the BP Capital Accumulation Plan, the BP DirectSave Plan, the BP Employee Savings Plan of Puerto Rico, and the BP Partnership Savings Plan under the BP Master Trust for Employee Savings Plans and the BP Solar Employee Savings Plan under the Trust for the BP Solar Employee Savings Plan, and BP CORPORATION NORTH AMERICA INC. INVESTMENT COMMITTEE serving in its capacity as a named fiduciary of the BP Retirement Accumulation Plan and the Enstar Corporation Retirement Plan under the BP Master Trust for Employee Pension Plans,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | FILED: OCTOBER 21, 2008<br>08CV6029<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE DENLOW<br>CH<br><br><br><br><br><br>CIVIL ACTION NO. _____ |

**PLAINTIFFS' MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Plan Committees,[1] by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 65, and Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), hereby move for the entry of a temporary restraining order to preserve the status quo which restrains the NT Defendants from (i) taking any further action to assign losses to Plan assets on account of losses in the NT Defendants' securities lending program and (ii) distributing the fruits of the securities lending program to the Plans in lieu of cash or the securities the Plan Committees directed the

---

[1] Capitalized terms, not otherwise defined herein, shall have the same meaning given in the Complaint.

1

NT Defendants to buy; and preliminarily ordering the distribution of the proper in-kind securities or cash.

                Respectfully submitted,

                *s/ Keith P. Schoeneberger*
                Keith P. Schoeneberger

                Michael H. King
                Keith P. Schoeneberger
                Therese K. Nohos
                Bryan M. Westhoff
                DEWEY & LEBOEUF LLP
                180 North Stetson, Suite 3700
                Two Prudential Plaza
                Chicago, IL  60601-6710
                Telephone:  312-794-8000
                Facsimile:   312-794-8100

                **PLAINTIFFS' COUNSEL**

## **CERTIFICATE OF SERVICE**

Keith P. Schoeneberger, an attorney, hereby certifies that on this 21th day of October 2008, he caused a true and correct copy of the foregoing document, **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be served on the parties listed below by sending said documents by means listed below on October 21, 2007.

| | |
|---|---|
| **BY HAND** | **BY HAND** |
| Northern Trust Investments, N.A. | The Northern Trust Company |
| Attention: Guy Sclafani | 50 South LaSalle Street |
| 50 South LaSalle Street | Chicago, IL 60603 |
| Chicago, IL 60603 | |

By: */s/ Keith P. Schoeneberger*
     Keith P. Schoeneberger