# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BP CORPORATION NORTH AMERICA INC. SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE serving in its capacity as a named fiduciary of the BP Employee Savings Plan, the BP Capital Accumulation Plan, the BP DirectSave Plan, the BP Employee Savings Plan of Puerto Rico, and the BP Partnership Savings Plan under the BP Master Trust for Employee Savings Plans and the BP Solar Employee Savings Plan under the Trust for the BP Solar Employee Savings Plan, and BP CORPORATION NORTH AMERICA INC. INVESTMENT COMMITTEE serving in its capacity as a named fiduciary of the BP Retirement Accumulation Plan and the Enstar Corporation Retirement Plan under the BP Master Trust for Employee Pension Plans, | |
| | Judge William J. Hibbler |
| | Magistrate Judge Morton Denlow |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 08 C 6029 |
| NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

Plaintiffs, by their undersigned attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move the Court dismiss Defendants' Counterclaims for failure to state a claim upon which relief can be granted. In support of their motion, Plaintiffs have sought leave to file *instanter* Defendants' Memorandum in Support of Motion to Dismiss Defendants' Counterclaims.

Respectfully submitted,

   s/ Keith P. Schoeneberger
Keith P. Schoeneberger

Michael H. King
Keith P. Schoeneberger
Therese K. Nohos
Bryan M. Westhoff
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, IL 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100

**PLAINTIFFS' COUNSEL**