# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6029 | **DATE** | February 10, 2010 |
| **CASE TITLE** | BP Corp. N.A. Inc. Savings Plan Investment Oversight Committee et al v. Northern Trust Investments, N.A. et al. | | |

**DOCKET ENTRY TEXT:**

Enter Memorandum Opinion and Order. The Court GRANTS the Plaintiffs' Motion to Dismiss the CounterClaim (doc. #111). The Parties have represented that the scope of the fully-briefed discovery motions would be narrowed by resolution of this motion. Therefore the Court DENIES without prejudice the Motions to Compel (doc. # 90, 94) and directs the parties to confer again in order to identify and perhaps resolve any remaining disputes raised by those motions prior to refiling them.

■[ For further details see attached order.]                                    Docketing to mail notice.

## STATEMENT