UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

BP Corporation North America Inc. Savings Plan
Investment Oversight Committee, et al.

                        Plaintiff,

v.                                        Case No.:
                                        1:08−cv−06029
                                        Honorable William J.
                                        Hibbler

Northern Trust Investments, N.A., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 19, 2010:

      MINUTE entry before Honorable William J. Hibbler: Pursuant to stipulation, this case is dismissed in full on the merits and with prejudice and without costs. Civil case terminated. All pending dates and motions are terminated as moot. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.